JASON M. WILEY, ESQ.
Nevada Bar No. 009274
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 011534
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    jwiley@klnevada.com
           dcereghino@klnevada.com

Attorneys for
Nonparty Val de Loire, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NML CAPITAL LTD.,

        Plaintiff,

vs.

THE REPUBLIC OF ARGENTINA,

        Defendants.

CASE NO. 2:14-cv-01573

**DECLARATION OF PATRICIA AMUNATEGUI FOR USE IN SUPPORT OF NONPARTY VAL DE LOIRE, LLC'S MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

**<u>DECLARATION OF PATRICIA AMUNATEGUI FOR USE IN SUPPORT OF NONPARTY VAL DE LOIRE, LLC'S MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER</u>**

I, PATRICIA AMUNATEGUI, hereby declare as follows:

    1.    I am over the age of eighteen years old, of sound mind and have never been convicted of a felony or any crime involving moral turpitude.

2. I have personal knowledge of all events set forth herein, unless stated upon information and belief, as to those statements, I believe them to be true.

3. I am the authorized representative for MF Corporate Services (Nevada), Ltd. ("MF Nevada").

4. MF Nevada serves as the registered agent for a number of Nevada entities including Balmont Holdings, LLC ("Balmont Holdings"), Fintech Holdings, LLC ("Fintech") and Val de Loire, LLC ("VDL").

5. Upon information and belief, NML Capital Holdings, Ltd. ("NML") alleges a relationship between Balmont Holdings, Fintech Holdings and VDL based upon correspondence – namely, a transmittal letter – I sent to Damiani Auditores y Consultores.

6. I transmitted documents regarding these three companies pursuant to the request of MF Nevada's client, Mossack Fonseca. Upon information and belief, the only reason why VDL was mentioned within the correspondence related to Balmont Holdings and/or Fintech Holdings was because these companies were organized pursuant to the request of Damiani Auditores y Consultores.

7. According to the records of these companies that have been lodged with their registered agent, MF Nevada, VDL does not have any common ownership or management with either Balmont Holdings or Fintech Holdings. Additionally, VDL does not have any member or manager in common with any of the other entities wrongly referred to as "the Baez Entities" in a different litigation currently pending before this Court.

8. The correspondence on which NML relies does not evidence a relationship between Balmont Holdings and VDL.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

PATRICIA AMUNATEGUI