JASON M. WILEY, ESQ.
Nevada Bar No. 009274
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 011534
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: jwiley@klnevada.com
amaurice@klnevada.com

*Attorneys for Nonparty*
*Val de Loire, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NML CAPITAL LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | CASE NO. 2:14-cv-01573-LDG-PAL <br><br> **ERRATA TO NONPARTY VAL DE LOIRE, LLC'S MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER** |

**ERRATA TO NONPARTY VAL DE LOIRE, LLC'S MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

Nonparty Val de Loire, LLC ("VDL"), by and through its counsel of record, the law firm Kolesar & Leatham, hereby files its Errata to Nonparty Val de Loire, LLC's Motion to Quash Subpoena or, in the Alternative, for Protective Order ("Motion").

VDL's Motion, filed on September 24, 2014, inadvertently attached as Exhibit A thereto the subpoena issued by NML to M.F. Corporate Services (Nevada) Limited. Attached hereto is the correct "Subpoena Duces Tecum Ad Testificandum" (the "VDL Subpoena") issued to VDL

1

by NML.  VDL respectfully requests this Court consider this VDL Subpoena as Exhibit A in lieu of the one inadvertently provided.[1]

DATED this 29th day of September, 2014.

**KOLESAR & LEATHAM**

By */s/ Jason M. Wiley*
JASON M. WILEY, ESQ.
Nevada Bar No. 009274
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 011534
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

*Attorneys for Nonparty*
*Val de Loire, LLC*

---

[1] The Court will note, however, that these subpoenas are substantially similar, if not otherwise identical.