# EXHIBIT A (REDACTED)

099999\1887\11706799.1