# EXHIBIT F

11/13/2014                               PANDATA

## Search

> example: company name, LLC

> Search

> Clear Filters

# WARD FORD Y CIA. S.A. Y WARD FORD & CO.INC. record no: 135038   [Active]

Duration: PERPETUAL   Registry 1984-08-01

Capital:

**10,000.00 USD**

Representative:

THE PRESIDENT OR VICE-PRESIDENT OR THE SECRETARY, EQUALLY

**Agent:** RAMON FONSECA MORA

**Notary:**

## Associated Persons

| Person | Role |
|---|---|
| RAMON FONSECA MORA (/personas/98708) | ["PRESIDENT"] |
| LETICIA MONTOYA MORAN (personas/98709) | ["SHAREHOLDERS"] |

11/13/2014                            PANDATA

| | |
|---|---|
| ALFREDO FONSECA ZAMORA (/personas/101998) | ["SHAREHOLDERS"] |
| EDMUND JAMES EDWICK WARD FORD (/personas/105592) | ["DIRECTORS"] |
| ELIZABETH WARD DE FONSECA (/personas/264639) | ["DIRECTORS"] |
| RAMON DE FONSECA MORA 4) EDWICK WARD FORD (personas/267847) | ["DIRECTORS"] |

Back

Terms and Conditions of Use (/terms and conditions)

# Busqueda

| ejemplo: empresa SA |

| Buscar |

| Limpiar Filtros |

# WARD FORD Y CIA. S.A. Y WARD FORD & CO.INC. ficha: 135038     | Vigente |

| Duracion PERPETUA | Registro 1984-08-01 |

## Capital:

**10000.0 DOLARES AMERICANOS.**

## Representante:

EL PRESIDENTE O EL VICE-PRESIDENTE O EL SECRETARIO INDISTINTAMENTE.

**Agente:** RAMON FONSECA MORA

**Notaria:**

# Personas Asociadas

| Persona | Rol |
| --- | --- |
| RAMON FONSECA MORA (/personas/98708) | ["PRESIDENTE"] |
| LETICIA MONTOYA MORAN (/personas/98709) | ["SUBSCRIPTORES"] |

11/13/2014                                                              PANADATA

| | |
|---|---|
| ALFREDO FONSECA ZAMORA (/personas/101998) | ["SUBSCRIPTORES"] |
| EDMUND JAMES EDWICK WARD FORD (/personas/105592) | ["DIRECTORES"] |
| ELIZABETH WARD DE FONSECA (/personas/264639) | ["DIRECTORES"] |
| RAMON FONSECA MORA 4)EDWICK WARD FORD (/personas/267847) | ["DIRECTORES"] |

Retroceder

Términos y Condiciones de Uso (/terminos-y-condiciones)



November 13, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**Company Registration**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918