**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>        Plaintiff,<br><br>vs.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>        Defendant. | 2:14-cv-00492-JAD-VCF |
| NML CAPITAL, LTD.,<br><br>        Plaintiff,<br><br>vs.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>       Defendant, | 2:14-cv-01573-RFB-VCF<br><br>**ORDER REGARDING HEARING SET FOR DECEMBER 12, 2014, 1:00 PM, Courtroom 3D** |

In case no. 2:14-cv-1573-RFB-VCF, the court will hear argument on the Emergency Motion to Exclude NML Capital Ltd.'s Proposed Demonstrative Exhibits. (#30).

In case no. 2:14-cv-00492-RFB-VCF, the court will hear argument on NML Capital, Ltd.'s Motion for Leave to File Under Seal the Memorandum in Response to Non-Party MF Corporate Services (Nevada) Limited's Motion to Quash Subpoena and/or for Protective Order; and in Support of NML's Cross Motion to Compel and Exhibits "A" and "H" Thereto (#61), Jorge Lanata and The Center For Investigative Journalism's Motion To Intervene To Unseal Portions Of The Record (#67), and Non-Party Witnesses MF Corporate Services (Nevada) Limited and Patricia Amunategui's Emergency Motion To Exclude

///

1 | NML Capital Ltd.'s Proposed Demonstrative Exhibits And To Enforce Protective Order (#70).

2 |    IT IS SO ORDERED.

3 |    DATED this 12th day of December, 2014.

                                                   CAM FERENBACH
                                                   UNITED STATES MAGISTRATE JUDGE